UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**IN THE MATTER OF:**

| | |
|---|---|
| GISSING NORTH AMERICA LLC<br>    *f/k/a Conform Gissing International, LLC* | Chapter 7<br>Case No. 22-46160-lsg<br>Hon. Lisa S. Gretchko |
|                       Debtors[1].<br>_____/ | |
| KENNETH NATHAN, Trustee, | |
|            Plaintiff,<br>v. | Adv. Pro. No. 24-04264-lsg<br>Hon. Lisa S. Gretchko |
| CANADA REVENUE AGENCY, | |
|            Defendant.<br>_____/ | |

**NOTICE OF VOLUNTARY DISMISSAL OF**
<u>**ADVERSARY PROCEEDING WITHOUT PREJUDICE**</u>

     PLEASE TAKE NOTICE that Plaintiff dismisses this action without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), made applicable to this matter under Fed. R. Bankr. P. 7041. Plaintiff has not dismissed any other action based on

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175

or including the same claim, so this notice of dismissal does not operate as an adjudication on the merits, pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

**OSIPOV BIGELMAN, P.C.**

Dated: February 5, 2025

/s/ David P. Miller
DAVID P. MILLER (P79911)
Attorneys for Plaintiff
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: (248) 663-1800
dm@osbig.com